## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

Francis Ferrell,                                              Civil No.:  06-1526 (PAM/JSM)

              Plaintiff,                                     **ORDER OF DISMISSAL**
                                                              **WITH PREJUDICE**

v.

Carlson & Soldo, P.L.L.P.,

              Defendant.

___

Based on the Notice of Voluntary Dismissal filed with the Court on June 12, 2006, this Court hereby **ORDERS** that Plaintiff's Complaint against Defendant, shall be, and herewith is, **DISMISSED WITH PREJUDICE** without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**


Dated:   June  16,  2006                            s/Paul A. Magnuson
                                                          PAUL A. MAGNUSON
                                                          Judge of United States District Court